```
                                    FILED
                         CLERK, U.S. DISTRICT COURT

                            APR 2 0 2016

                         CENTRAL DISTRICT OF CALIFORNIA
                         BY                      DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS LAMONT LLOYD, II,<br><br>Defendant. | Case No. CR16-167-JFW<br><br>ORDER OF DETENTION |

## I.

The Court conducted a detention hearing:

☐　　On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒　　On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure

the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

## II.

The Court finds that no condition or combination of conditions will reasonably assure:  ☒ the appearance of the defendant as required.

☒ the safety of any person or the community.

## III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

☒ Lack of bail resources

☒ Refusal to interview with Pretrial Services

☒ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release -

☐ Ties to foreign countries

☐ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

☐ history of non-compliance with warrants

1   As to danger to the community:

2      ☐   Nature of previous criminal convictions,

3      ☒   Allegations in present charging document and the defendant's

4            alleged role

5      ☐   Substance abuse

6      ☒   Already in custody on A state  offense

7      ☐   Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

8      ☐

9                   V.

10  ☐   The Court finds a serious risk that the defendant will

11      ☐   obstruct or attempt to obstruct justice.

12      ☐   threaten, injure or intimidate a prospective witness or juror, or

13            attempt to do so.

14                 VI.

15     IT IS THEREFORE ORDERED that the defendant be detained until trial.

16  The defendant will be committed to the custody of the Attorney General for

17  confinement in a corrections facility separate, to the extent practicable, from

18  persons awaiting or serving sentences or being held in custody pending appeal.

19  The defendant will be afforded reasonable opportunity for private consultation

20  with counsel.  On order of a Court of the United States or on request of any

21  attorney for the Government, the person in charge of the corrections facility in

22  which defendant is confined will deliver the defendant to a United States Marshal

23  for the purpose of an appearance in connection with a court proceeding.

24  [18 U.S.C. § 3142(i)]

25

26  Dated: April 20, 2016           _____

                                 /s/

27                       ALKA SAGAR

                  UNITED STATES MAGISTRATE JUDGE

28